UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

*In re:*

CASE NO. 26-17438-PDR
CHAPTER 13

WILLIAM RIVERO,

Debtor.

_______________________________________/

**MOTION TO VACATE ORDER DIRECTING MORTGAGE MODIFICATION MEDIATION AND COMPEL DEBTOR TO AMEND PLAN**

**COMES NOW** U.S. Bank Trust National Association, as Trustee for Igloo Series IV Trust ("Secured Creditor") and files this Motion to Vacate the Order Granting Verified Motion for Referral to Mortgage Modification Mediation (the "Order")(DE 21), and compel the Debtor to file an Amended Chapter 13 Plan, and in further support states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on June 7, 2026.

2. On June 25, 2026, the Debtor filed a Verified Motion for Referral to Mortgage Modification Mediation (DE 19), and the Order was entered by this Court on June 29, 2026 (DE 21).

3. Secured Creditor holds a first mortgage interest in the Debtor's real property located at 5772 West 26th Avenue, Hialeah, FL 33016 (the "Property").

4. Mediation is currently scheduled for September 17, 2026.

5. Lender, through the DMM Portal, notified Debtor on August 11, 2026 that additional documents were needed for review in order to be considered for mortgage modification options and followed up again on August 18th and August 27th.

6. Pursuant to the Order, if the Lender requires additional or missing information,

the Debtor within seven (7) days of being notified, provide all requested additional or missing information. To this date, there has been no response to multiple requests made via the DMM Portal to the Debtor, requesting additional documents and information needed.

7. Based on the Debtor's inability to comply with the terms of the Order, Secured Creditor requests that the Court vacate the Order Granting Verified Motion for Referral to Mortgage Modification Mediation, and relieve the Creditor from any further obligation to mediate, and that the Debtor be required to amend their Chapter 13 Plan to pay all amounts due to Secured Creditor or surrender the Property

WHEREFORE, Secured Creditor requests that this Court issue an Order Vacating the Order Granting Verified Motion for Referral to Mortgage Modification Mediation, compelling the Debtor to file a Modified Chapter 13 Plan surrendering the property, and such other relief as this Court deems just and proper.

Respectfully submitted,
HOWARD LAW

/s/ Matthew Klein

MATTHEW KLEIN
FLORIDA BAR#: 73529
902 Clint Moore Road, Suite 220
Boca Raton, FL 33487
Telephone: (954) 893-7874
Fax: (888) 235-0017
Email: bankruptcy@howardlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 3, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Haven Del Pino, Esq., 900 West 49th Street, Suite 422, Hialeah, FL 33012
Nancy K Neidich, www.ch13miami.com, POX 279806, Miramar, FL 33027
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

and a true and correct copy was mailed via U.S. First Class Mail to:
William Rivero, 5772 W 26th Ave., Hialeah, FL 33016

/s/ Matthew Klein
MATTHEW KLEIN
FLORIDA BAR#: 73529